No. 04–5686. PHILLIPS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6110. MORENO *v.* WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04–6166. REED *v.* FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 04–6168. RODRIGUEZ *v.* GAILOR ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–6169. RIOS *v.* WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04–6174. WOODMAN *v.* KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6178. JOHNSON *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 04–6182. CHARLES *v.* FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–6183. SEARLES *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–6191. ROJAS *v.* GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6194. MYERS *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 04–6212. BARBER *v.* OHIO. Ct. App. Ohio, Fairfield County. Certiorari denied.

No. 04–6236. PURTLE *v.* KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6239. DORAN-BEY *v.* BRUCE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.